IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JULIAN DIAZ,

Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

Defendant.

Case No. 3:16-cv-01589-MA

ORDER FOR EAJA FEES

MARSH, Judge

On August 31, 2017, Plaintiff filed a Stipulated Application for Fees Pursuant to the Equal

Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in which the parties agree that Plaintiff should

be awarded fees in the amount of $1,660.34. ECF No. 25.

Accordingly, based on the agreement of the parties, it is hereby ORDERED that attorney fees

in the amount of $1,660.34 shall be awarded to Plaintiff pursuant to EAJA. There are no costs or

expenses. The parties agree that attorney fees will be paid to Plaintiff's attorney subject to

verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees,

pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Merrill Schneider, at his address: Schneider Kerr & Robichaux, P.O. Box 14490, Portland, Oregon 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this _6_ day of SEPTEMBER, 2017.

Malcolm F. Marsh
United States District Judge